393 A.2d 1271

Barnes et al. v. Horan, Appellant.

 Argued April 12, 1978. M. Levine, with him Sanford A. Middleman, for appellant; John J. Morgan, for appellees.

Order affirmed.

HESTER, J., dissented.